# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| ZECO, LLC, d/b/a ZEE COMPANY, | ) | |
| | ) | |
| **Plaintiff/** | ) | No 1:21-cv-00079 |
| **Counterclaim Defendant** | ) | |
| v. | ) | |
| | ) | |
| ENVIRO TECH CHEMICAL | ) | |
| SERVICES, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaimant** | ) | |

## UNOPPOSED MOTION TO FILE CORRECTED CLAIM CONSTRUCTION BRIEF

For the convenience of the Court, Enviro Tech Chemical Services, Inc. ("Enviro Tech") submits this Motion to File Corrected Claim Construction Brief. Enviro Tech requests permission to file a corrected version of Enviro Tech's opening claim construction brief to include tables of contents and tables of authorities for each brief. No other changes have been made to the corrected briefs. Zeco, LLC does not oppose this motion.

Dated: May 4, 2022

Respectfully submitted,

/s/ Seth R. Ogden
Seth R. Ogden (BPR 034377)
Ryan D. Levy (BPR 24568)
Nathan I. North (BPR 39068)
Patterson Intellectual Property Law, P.C.
Roundabout Plaza, Suite 500
1600 Division Street
Nashville, TN 37203
(615) 242-2400
(615) 242-2221
sro@iplawgroup.com
rdl@iplawgroup.com
nin@iplawgroup.com

*Attorneys for Defendant/Counterclaimant*
*Enviro Tech Chemical Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing JOINT MOTION TO FILE

CORRECTED CLAIM CONSTRUCTION BRIEFS has been served via CM/ECF, this 4th day

of May 2022, upon the below-listed counsel at the following addresses:

Eric H. Chadwick
Zachary P. Armstrong
DeWitt LLP
901 Marquette Avenue
Suite 2100
Minneapolis, MN 55402
ehc@dewittllp.com
zpa@dewittllp.com

James S. McDearman
Grant, Konvalinka & Harrison, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450
(423) 756-8400
smcdearman@gkhpc.com

/s/ Seth R. Ogden
Seth R. Ogden