

**Adam E. Szymanski**
Attorney at Law
612.305.1674
aszymanski@dewittllp.com

December 15, 2022

*Via Efile*

The Honorable Charles E. Atchley, Jr.
United States District Court Judge
Eastern District of Tennessee
Chattanooga Division
900 Georgia Avenue
Chattanooga, Tennessee 37402

RE:    *Zeco v. Enviro Tech*
         Case No. 21-cv-79 (E.D. Tenn.)
         **Notice of Supplemental Authority**

Dear Judge Atchley:

The U.S. District Court for the Eastern District of Arkansas issued a claim construction order today for U.S. Pat. No. 10,912,321 in *Enviro Tech Chemical Services, Inc.* v. *Safe Foods Corporation*, Case No. 4:21-CV-00601-LPR. The order addressed claim terms at issue in this case. Please find the order attached.

Sincerely,

**DeWitt LLP**

*s/Adam E. Szymanski*

Adam E. Szymanski

cc:     All Counsel of Record (*via email*)